PROB 12B
(7/93)

Report Date: June 18, 2012

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 18 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Augustus Morris Johnley | Case Number: 2:00CR02001-001 |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea | |
| Date of Original Sentence: 9/15/2000 | Type of Supervision: Supervised Release |
| Original Offense: Attempted Aggravated Sexual Abuse of a Child, 18 U.S.C. § 2241; Abusive Sexual Contact with a Minor, 18 U.S.C. § 2243(a) & 2244(a)(3) | Date Supervision will Commence: 06/28/2012 |
| Revocation Sentence: Prison - 18 Months; TSR - 42 Months | Date Supervision Expires: 12/28/2015 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

15   You shall reside in a residential reentry center (RRC) for a period of up to 90 days. Your participation in the programs offered by the RRC are limited to employment, education, treatment, housing, and religious services at the direction of your supervising officer. You shall abide by the rules and requirements of the facility.

## CAUSE

The defendant will release from the custody of the Bureau of Prisons on June 28, 2012. As the defendant is a registered sex offender, and he has not obtained appropriate housing, it is respectfully recommended the defendant's conditions of supervised release be modified to include 90 days confinement at the RRC in Spokane. This will allow the defendant ample opportunity to secure housing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/18/2012

s/David L. McCary

David L. McCary
U.S. Probation Officer

Prob 12B
Re:  Johnley, Augustus Morris
June 18, 2012
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

*Edward F. Shea*
Signature of Judicial Officer

*June 18, 2012*
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

15   You shall reside in a residential reentry center (RRC) for a period of up to 90 days. Your participation in the programs offered by the RRC are limited to employment, education, treatment, housing, and religious services at the direction of your supervising officer. You shall abide by the rules and requirements of the facility.

Witness: *Ralph J Holloway*
Case Manager
Federal Detention Center
Seatac, WA.
RALPH J. Holloway
6/17/12

Signed: *Augustus Johnley*
Augustus Morris Johnley
Probationer or Supervised Releasee

Date 6 17 12

R. Thumb