# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

November 30, 2012

**SCOTT M. MORSE, SR.**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

REPLY TO  Spokane

**BRANCH OFFICES**
FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

The Honorable Edward F. Shea
Senior U.S. District Judge
Eastern District of Washington
825 Jadwin Avenue, Suite 190
Richland, WA 99352

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 03 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

Re: JOHNLEY, Augustus
Docket No. 2:00CR02001-001
**REQUEST RELEASE FROM RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT**

Dear Judge Shea:

Mr. Johnley began his public law placement at the residential reentry center (RRC) on August 16, 2012. Since that time, he has located an appropriate release address at the New Washington Apartments.

Mr. Johnley has consistently followed all of the rules and requirements of the RRC facility, and has not had any issues related to noncompliance. In addition, since his placement Mr. Johnley has completed a sex offender assessment and has been participating in a sex offender treatment program.

Based on the above factors, it appears Mr. Johnley is taking the necessary steps to ensure his successful reentry back into the community. Therefore, the undersigned officer respectfully recommends that Mr. Johnley be released from the RRC program with all other conditions of supervised release to remain in effect.

JOHNLEY, Augustus
November 30, 2012
Page 2

Should Your Honor require a different course of action, or require a court appearance by Mr. Johnley, please contact the undersigned officer.

Respectfully submitted,

Scott M. Morse, Sr.
Chief U.S. Probation Officer

s/Shane Moore          11/30/2012
Shane Moore                  Date
U.S. Probation Officer

APPROVED BY:

s/Matthew L. Thompson   11/30/2012
Matthew L. Thompson      Date
Supervising U.S. Probation Officer

SM:ms

THE COURT ORDERS

[ ] No Action
[X] Release from Residential Reentry Center Placement
[ ] Other

_Edward F. Shea_
Signature of Judicial Officer

12/3/12
Date