PROB 12C
(7/93)

Report Date: February 5, 2013

**United States District Court**

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 05 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Augustus Morris Johnley          Case Number: 2:00CR02001-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 9/15/2000

Original Offense:      Attempted Aggravated Sexual Abuse of a Child, 18 U.S.C. § 2241(c);Abusive Sexual
                       Contact with a Minor, 18 U.S.C. § 2243(a) & 2244(a)(3)

Original Sentence:     Prison - 121 months          Type of Supervision: Supervised Release
                       TSR - 60 Months

Asst. U.S. Attorney:   James A Goeke               Date Supervision Commenced: 6/28/2012

Defense Attorney:      Rick Lee Hoffman            Date Supervision Expires: 8/27/2015

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 & 2 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |

**Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

**Supporting Evidence**: On January 22, 2013, the offender provided a urine sample that tested presumptive positive for methamphetamine and THC. On February 1, 2013, laboratory results were returned confirming the offender's urine sample was positive for methamphetamine and THC.

Prob12C
**Re: Johnley, Augustus Morris**
**February 5, 2013**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/05/2013

s/Shane Moore

Shane Moore
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

2/5/13

Date