PROB 12C
(7/93)

Report Date: May 23, 2016

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 25, 2016

SEAN F. MCAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Augustus Morris Johnley | Case Number: 0980 2:00CR02001-EFS-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99201 | |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: September 15, 2000 | |
| Original Offense: | Attempted Aggravated Sexual Abuse of a Child, 18 U.S.C. § 2241(c); Abusive Sexual Contact with a Minor, 18 U.S.C. §§ 2243(a) & 2244(a)(3) |
| Original Sentence: Prison 121 M; TSR - 60 M | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: James A. Goeke | Date Supervision Commenced: December 6, 2013 |
| Defense Attorney: Federal Defender's Office | Date Supervision Expires: August 5, 2016 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: On May 10, 2016, the offender provided a urine sample that tested presumptive positive for methamphetamine and marijuana. On May 17, 2016, laboratory results were returned confirming the offender's urine sample was positive for methamphetamine and marijuana. |
| | Mr. Johnley was summoned to the U.S. Probation Office to address the violation behavior. He admitted to using both marijuana and methamphetamine on or about May 9, 2016. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Johnley, Augustus Morris**
May 23, 2016
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/23/2016

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

May 25, 2016

Date