PROB 12C
(7/93)

Report Date: June 13, 2016

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Augustus Morris Johnley | Case Number: 0980 2:00CR02001-EFS-1 |
| Address of Offender: ▇▇▇▇▇▇▇ ▇▇▇ Spokane, Washington 99201 | |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: September 15, 2000 | |
| Original Offense: | Attempted Aggravated Sexual Abuse of a Child, 18 U.S.C. § 2241(c); Abusive Sexual Contact with a Minor, 18 U.S.C. §§ 2243(a) & 2244(a)(3) |
| Original Sentence: Prison 121 months; TSR - 60 | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: James Goeke | Date Supervision Commenced: December 6, 2013 |
| Defense Attorney: Federal Defender's Office | Date Supervision Expires: August 5, 2016 |

### PETITIONING THE COURT

To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/23/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

2    **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: On May 31, 2016, the offender provided a urine sample that tested presumptive positive for methamphetamine and marijuana. On June 5, 2016, laboratory results were returned confirming the offender's urine sample was positive for methamphetamine and marijuana.

Mr. Johnley was summoned to the U.S. Probation Office to address the violation behavior. He admitted to using both marijuana and methamphetamine on or about May 31, 2016, and signed a drug use admission form.

Prob12C
Re: Johnley, Augustus Morris
June 13, 2016
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 6/13/2016

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

June 13, 2016

Date